JAMES W. SPERTUS (SBN 159825)
LAW OFFICES OF JAMES W. SPERTUS
1990 S. BUNDY DR., SUITE 705
LOS ANGELES. CA, CA 90025
TELEPHONE (310) 826-4700
FACSIMILE (310) 826-4711
Email: jim@spertuslaw.com

ZUCKERMAN SPAEDER LLP
Cyril V. Smith (*Pro Hac Vice*)
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
Telephone (410) 949-1145
Facsimile: (410) 659-0436

[Additional counsel Listed on Signature page]

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE P. EDWARDS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendants. | CASE NO. CV 07-03796 SJO (FFMX)<br><br>PLAINTIFF'S RE-NOTICE OF MOTION AND MOTION FOR NATIONWIDE CLASS CERTIFICATION<br><br>DATE: May 23, 2011<br>TIME: 10:00 a.m.<br>PLACE: COURTROOM 1<br>JUDGE: HON. S. JAMES OTERO |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 23, 2011, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Hon. S. James Otero, located in Courtroom 1 of the United States Courthouse, 312 N. Spring Street, Los Angeles, California, Plaintiffs will, and hereby do, move pursuant

1  to Fed.R.Civ.P. 23(c), for an order certifying this action as a class action and
2  defining the Class as follows:

> All consumers who on or after June 12, 2006 entered into a federally-related mortgage loan transaction using one of the following 42 title agencies or similar entities that were partially-owned by Defendants First American Corporation and/or First American Title Insurance Company ("FATIC") or its predecessors, successors, affiliates, or subsidiaries (collectively "FAC") during the time of such partial ownership, where (a) FAC purchased its ownership interest as part of the same transaction in which FAC obtained an agreement to refer title insurance business; (b) such a referral agreement was in effect; and (c) there is a record of a charge for title insurance issued by FATIC in the consumer's mortgage loan transaction:

| No. | Name | Address(es) |
|---|---|---|
| 1 | Accurate Title Group, LLC | 17105 Kenton Drive, Suite 202C, Cornelius NC 28031<br><br>16325 Northcross Drive-Suite A, Huntersville, NC 28078 |
| 2 | Affiliated Services, LLC (including Capitol, Regency and PCR) | 2200 Defense Highway, Suite 300, Crofton MD 21114 |
| 3 | Associates Title Company | 5394 Cory<br>El Paso, TX  79932 |
| 4 | Attorneys Title Agency LLC (includes Warranty Title and Midstate Title) | 31440 Northwestern Highway, Suite 150, Farmington Hills, MI  48334 |
| 5 | Backman Title Company of Utah, Inc. | 167 East 6100 South, Suite 250, Murray, UT  84107 |
| 6 | California Title Company of Northern California ("CTNC") | 640 N. Tustin Avenue, Suite 106, Santa Ana, CA  92705 |

| No. | Name | Address(es) |
|---|---|---|
| 7 | Capitol Title Insurance Agency, Inc. | 2200 Defense Highway, Suite 300, Crofton, MD 21114 |
| 8 | Champions Title, LLC | 341 S. Third Street, Suite 203B, Columbus, OH 43215 |
| 9 | Classic Settlements, Inc. | 6 Montgomery Village Ave., Suite 305, Gaithersburg, MD 20879 |
| 10 | Doral Title, LLC | 10580 NW 27th Street, Miami, FL 33172 |
| 11 | Equity Land Title, LLC | 201 E. Pine Street, Suite 500, Orlando, FL 32801 |
| 12 | Equity Title Insurance Agency, Inc. | 2180 South 1300 East, Suite 200, Salt Lake City, UT 84106 |
| 13 | Equity Title, LLC | 4100 Flamingo Dr., Suite 1000, Las Vegas, Nevada 89103-3924 |
| 14 | ET Investments, LLC (aka Empire Title) includes:<br>• Empire Title Agency of Arizona, LLC<br>• CB&T Title, LLC<br>• Colorado Escrow and Title Services, LLC<br>• Colorado Record Services, LLC<br>• Empire Title, LLC<br>• Empire Title | 999 18th Street, Suite 300, Denver, CO 80202 |
| 15 | Everest National Title Agency, LTD. | 5230 Fairfield Oval, Solon, OH 44139 |
| 16 | Executive Corner Title and Settlement | 4200 Munson St. NW, Canton OH 44718 |
| 17 | Fidelity Title Abstract Company | 1415 Route 70 East, Ste. LL5, Cherry Hill, NJ 08034 |

*PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR NATIONWIDE CLASS CERTIFICATION*

| No. | Name | Address(es) |
|---|---|---|
| 18 | Harrison Title Agency Ltd. | 1111 Superior Avenue, Suite 510H, Cleveland, OH  44114<br><br>New address:<br>2625 Commons Blvd<br>Beavercreek, OH 45431 |
| 19 | Integrated Title Insurance Services, LLC | 6925 Union Park Center, Suite 160, Midvale, UT 84047 |
| 20 | Investors Title Company | 3055 Wilshire Blvd.<br>Suite 300<br>Los Angeles, CA |
| 21 | Island Title Corporation | 1132 Bishop Street, Suite 400, Honolulu, Hawaii  96813 |
| 22 | Johnson County Title Company, Inc. | 25 N. Main Street<br>Buffalo, WY 82834 |
| 23 | Kentucky Land Title Agency, Inc. | 2362 Grandview Drive<br>Ft. Mitchell, KY 41017 |
| 24 | McNeese Title, LLC | 36468 Emerald Coast Parkway, # 1201, Destin, FL 32541 |
| 25 | Nolecane, LLC | 15 SE 9th Avenue, Fort Lauderdale, FL  33301 |
| 26 | Northern Lakes Title Agency, LLC | 1523 S. US 131, Petosky, MI 49770 |
| 27 | Northwest Title, LLC | 3535 Factoria Blvd SE, Suite 100, Bellevue, WA  98006 |
| 28 | Orange Coast | 640 N. Tustin Avenue, Suite 106, Santa Ana, ca  92705 |
| 29 | PCR Title Agency of MD/DC, LLC | 2200 Defense Highway, Suite 300, Crofton, MD  21114 |
| 30 | Performance Title Agency, Inc. | 11223 Cornell Park Drive, Suite 301, Cincinnati, OH 45242 |
| 31 | Priority Title Company | 323 Court Street, San Bernardino, CA  92401 |

Law Offices of James W. Spertus
1990 S. Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

| No. | Name | Address(es) |
|---|---|---|
| 32 | Progressive Land Title Agency, Ltd. | Liberty Plaza, 5000 Rockside Road, Suite 420, Independence, OH 44131 |
| 33 | Russ Lyon Title, LLC | 15600 N. Black Canyon Highway, Suite C-202, Phoenix, AZ 85053 |
| 34 | Sweeney Closing Services, LLC | 6 Manchester Street, Nashua, NH 03060 |
| 35 | The Security First Title Affiliates, Inc. | 12646 San Jose Boulevard # 105, Jacksonville, FL 32223 |
| 36 | Title Partners of Phoenix, LLC | 7360 Bryan Dairy Road, Suite 200, Largo, FL 33777 |
| 37 | Title Xperts Agency, Inc. | 614 W. Superior Avenue, Suite 1111, Cleveland, OH 44113 |
| 38 | Tower City Title Agency, LLC | 6151 Wilson Mills Rd., Highland Hts, OH 44124 |
| 39 | Trans-County Title Agency, LLC | 83 Morris Street, New Brunswick, NJ 08903 |
| 40 | U. S. Title Insurance Agency, LLC | 14884 Heritagecrest Way, Bluffdale, UT 84065 |
| 41 | Village Communities Title, LLC | 111 W. Rich St., #460, Columbus, OH 43215 |
| 42 | West Michigan Title Agency, LLC | 3597 Henry St. Ste. 100C Muskegon, MI 4944 |

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities filed concurrently herewith, Volumes I through III of the Appendices filed concurrently herewith; the Spreadsheet and Voluminous Writings filed on DVD pursuant to Federal Rule of Evidence 1006 filed concurrently herewith, all other pleadings, records and files in this action, all matters of which this Court may take judicial notice, and such other documents and argument that may be presented on or before the date set for decision.

*PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR NATIONWIDE CLASS CERTIFICATION*

      Pursuant to the Court's Order dated November 8, 2010, Plaintiffs were directed to file the Motion on March 21, 2011.  The Court subsequently set the Motion for hearing on May 23, 2011, unless otherwise notified by the Court.  Plaintiffs filed the Motion and related documents on March 21, 2011, and filed the Motion and related materials under seal pursuant to a protective order previously entered by the Court on September 26, 2007.  United States Magistrate Judge Frederick F. Mumm had entered the protective order to permit the parties to designate documents as "Confidential," provided those documents met certain requirements.  Defendants designated documents relevant to the Motion as Confidential, which therefore required Plaintiffs to seek leave from the Court to file the Motion and related documents under seal.  On April 18, 2011, the Court denied the ex parte application to seal the Motion and related documents pursuant to the protective order, and Plaintiffs therefore are re-filing the Motion and related documents not under seal.  The Motion and related documents re-filed on April 20, 2011 are identical in all material respects to the Motion and related documents filed under seal on March 21, 2011, pursuant to the Court's orders.

Dated: April 20, 2011         Respectfully Submitted,

                              LAW OFFICES OF JAMES W. SPERTUS

                              /S
                              James W. Spertus
                              Attorneys for Plaintiffs

                              Cyril V. Smith
                              William K. Meyer
                              ZUCKERMAN SPAEDER LLP
                              100 East Pratt Street, Suite 2440
                              Baltimore, Maryland 21202
                              Telephone (410) 949-1145
                              Facsimile: (410) 659-0436

| | |
|---|---|
| 1 | Richard S. Gordon |
| 2 | Katherine B. Bornstein |
| 3 | QUINN, GORDON & WOLF, CHTD. |
|   | 102 West Pennsylvania Avenue, Suite 402 |
| 4 | Baltimore, Maryland 21294 |
| 5 | Telephone: (410) 824-2300 |
|   | Facsimile: (410) 825-0066 |

Edward G. Kramer
David Oakley
THE FAIR HOUSING LAW CLINIC
3214 Prospect Avenue, East
Cleveland, Ohio 44115
Telephone: (216) 431-5300
Facsimile: (216) 431-6149