Robert F. Scoular (SBN 085293)
robert.scoular@snrdenton.com
Andrew Z. Edelstein (SBN 218023)
andrew.edelstein@snrdenton.com
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Charles A. Newman (*Pro Hac Vice*)
charles.newman@snrdenton.com
Michael J. Duvall (*Pro Hac Vice*)
michael.duvall@snrdenton.com
SNR DENTON US LLP
211 North Broadway, Suite 3000
St. Louis, Missouri 63102
Telephone: (314) 241-1800
Facsimile: (314) 259-5959

Margo Weinstein (*Pro Hac Vice*)
margo.weinstein@snrdenton.com
SNR DENTON US LLP
233 South Wacker Drive, Suite 7800
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

Attorneys for Defendants
FIRST AMERICAN FINANCIAL CORPORATION and
FIRST AMERICAN TITLE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE P. EDWARDS, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>FIRST AMERICAN FINANCIAL CORPORATION and FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>          Defendants. | No. CV07-03796 SJO (FFMx)<br><br>CONFIDENTIAL DECLARATION OF SHERYL FULLER, REGARDING INFORMATION AND TECHNOLOGY SYSTEMS, IN SUPPORT OF DEFENDANTS' MOTION TO DECERTIFY THE TOWER CITY (OHIO) CLASS<br><br>Hearing Date: May 23, 2011<br>Time:      10:00 a.m. |

*SNR DENTON US LLP*
*601 SOUTH FIGUEROA STREET, SUITE 2500*
*LOS ANGELES, CALIFORNIA 90017-5704*
*(213) 623-9300*

CONFIDENTIAL DECLARATION OF SHERYL FULLER, REGARDING
INFORMATION AND TECHNOLOGY SYSTEMS, IN SUPPORT OF DEFENDANTS'
MOTION TO DECERTIFY THE TOWER CITY (OHIO) CLASS

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

I, Sheryl Fuller, declare as follows:

1.    I am the Director of Operations for the Agency Service Center ("ASC") of First American Title Insurance Company ("FATIC"). I have held this position (including under different titles such as Manager of the ASC) since April 17, 2000. As the Director of Operations for the ASC, I am responsible for the oversight of certain software packages, like Streamline™ ASP, that are licensed to title agents and supported by FATIC (*e.g.*, by updating rates, forms, and security settings) so that title agents may track closing, conveyancing, and trust accounting information.

2.    I make this Declaration in support of Defendants' motion to decertify the Tower City (Ohio) class. I make this Declaration based on my personal knowledge and my review of FATIC's business records, which are kept by FATIC in the course of its regularly conducted business activity. If called upon to do so, I could and would competently testify under oath to the matters stated herein.

3.    FATIC's applications (like Streamline™ ASP), their functionality, this Declaration, and its exhibits are trade secrets and confidential commercial information that, if disclosed, would cause harm to FATIC.

4.

5.    Beginning on August 2, 2005, and including from June 12, 2006, through November 9, 2006, FATIC licensed Streamline™ ASP to Tower City Title Agency LLC ("Tower City"). A copy of the Streamline™ ASP Service and License Agreement entered into between FATIC and Tower City, which is a true and accurate copy of a business record maintained by FATIC in the ordinary course of its business and made in the ordinary course of its business at or near the time of the matters described therein, is attached to this declaration as Exhibit A.

CONFIDENTIAL DECLARATION OF SHERYL FULLER, REGARDING
INFORMATION AND TECHNOLOGY SYSTEMS, IN SUPPORT OF DEFENDANTS'
MOTION TO DECERTIFY THE TOWER CITY (OHIO) CLASS

1  6.

2

3

4

5

6

7  7

8

9

10

11  8.

12

13  9.

14

15  10

16

17

18

19  11.

20

21  12.

22

23  13.

24

25  14.  I understand that the Ninth Circuit certified a class of "consumers who

26  from June 12, 2006 to the present entered into federally related mortgage loan

27  transactions using the services of Tower City Title Agency, LLC, in which the

28

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-2-

1  HUD-1 Settlement Statement, or other document in the loan file, includes a charge

2  or payment for title insurance issued by First American Title Insurance Company."

3

4

5

6      I declare under penalty of perjury, under 28 U.S.C. § 1746, that the

7  foregoing is true and correct.

8      Executed on the _22_ day of April, 2011, in Largo, Florida.

9

10

11                                                    Sheryl Fuller

12

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

CONFIDENTIAL DECLARATION OF SHERYL FULLER, REGARDING
INFORMATION AND TECHNOLOGY SYSTEMS, IN SUPPORT OF DEFENDANTS'
MOTION TO DECERTIFY THE TOWER CITY (OHIO) CLASS

**EXHIBIT A**

# EXHIBIT A

# TO SHERYL FULLER

# DECLARATION

# FILED UNDER SEAL