Robert F. Scoular (SBN 085293)
robert.scoular@snrdenton.com
Andrew Z. Edelstein (SBN 218023)
andrew.edelstein@snrdenton.com
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Charles A. Newman (*Pro Hac Vice*)
charles.newman@snrdenton.com
Michael J. Duvall (*Pro Hac Vice*)
michael.duvall@snrdenton.com
SNR DENTON US LLP
211 North Broadway, Suite 3000
St. Louis, Missouri 63102
Telephone: (314) 241-1800
Facsimile: (314) 259-5959

Margo Weinstein (*Pro Hac Vice*)
margo.weinstein@snrdenton.com
SNR DENTON US LLP
233 South Wacker Drive, Suite 7800
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

Attorneys for Defendants
FIRST AMERICAN FINANCIAL CORPORATION and
FIRST AMERICAN TITLE INSURANCE COMPANY

**REDACTED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE P. EDWARDS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN FINANCIAL CORPORATION and FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendants. | No. CV07-03796 SJO (FFMx)<br><br>DECLARATION OF ANDREW Z. EDELSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO DECERTIFY THE TOWER CITY (OHIO) CLASS<br><br>[Filed concurrently with Notice of Motion and Motion, Memorandum in Support, Declaration of Todd A. Jones, and [Proposed] Order]<br><br>Hearing Date: May 23, 2011<br>Time:              10:00 a.m. |

I, Andrew Z. Edelstein, declare as follows:

1. I make this Declaration in support of Defendants' motion to decertify the Tower City (Ohio) class. I have personal knowledge of the matters set forth in this Declaration.

2. I am an attorney with the law firm SNR Denton US LLP and am licensed to practice in the State of California and admitted to this Court.

3. A true and correct copy of the Declaration of Richard A. Diamond, dated April 21, 2011, is attached to this Declaration as Exhibit A.

4. A true and correct copy of the Declaration of Dianna L. Serio, dated April 21, 2011, is attached to this Declaration as Exhibit B.

5. A true and correct copy of the Declaration of Darren Chinn, dated April 21, 2011, is attached to this Declaration as Exhibit C.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on the 24 day of April, 2011 in Los Angeles, California.

_____
Andrew Z. Edelstein

-1-
DECLARATION OF ANDREW Z. EDELSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO DECERTIFY THE TOWER CITY (OHIO) CLASS

EXHIBIT A

1  Robert F. Scoular (SBN 085293)
   robert.scoular@snrdenton.com
2  Andrew Z. Edelstein (SBN 218023)
   andrew.edelstein@snrdenton.com
3  SNR DENTON US LLP
   601 South Figueroa Street, Suite 2500
4  Los Angeles, California 90017-5704
   Telephone: (213) 623-9300
5  Facsimile: (213) 623-9924

6  Charles A. Newman (*Pro Hac Vice*)
   charles.newman@snrdenton.com
7  Michael J. Duvall (*Pro Hac Vice*)
   michael.duvall@snrdenton.com
8  SNR DENTON US LLP
   211 North Broadway, Suite 3000
9  St. Louis, Missouri 63102
   Telephone: (314) 241-1800
10 Facsimile: (314) 259-5959

11 Margo Weinstein (*Pro Hac Vice*)
   margo.weinstein@snrdenton.com
12 SNR DENTON US LLP
   233 South Wacker Drive, Suite 7800
13 Chicago, Illinois 60606
   Telephone: (312) 876-8000
14 Facsimile: (312) 876-7934

15 Attorneys for Defendants
   FIRST AMERICAN FINANCIAL CORPORATION and
16 FIRST AMERICAN TITLE INSURANCE COMPANY

17 **UNITED STATES DISTRICT COURT**

18 **CENTRAL DISTRICT OF CALIFORNIA**

19

| | |
|---|---|
| 20 DENISE P. EDWARDS, individually and on behalf of all others similarly 21 situated, | No. CV07-03796 SJO (FFMX) |
| 22       Plaintiffs, | CONFIDENTIAL DECLARATION OF DARREN CHINN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |
| 23 vs. | |
| 24 FIRST AMERICAN FINANCIAL CORPORATION and FIRST 25 AMERICAN TITLE INSURANCE COMPANY, | Hearing Date: May 23, 2011 Time: 10:00 a.m. |
| 26       Defendants. | |

27
28

CONFIDENTIAL DECLARATION OF DARREN CHINN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Darren Chinn, declare as follows:

1. I am the Director of Information and Technology Operations for First American Data Tree LLC ("Data Tree") and Data Trace Information Services LLC ("Data Trace"), as such I oversee software development operations within Data Tree and Data Trace's information systems.

2. I make this Declaration in support of Defendants' Opposition to Plaintiff's Motion for Class Certification in the above-captioned matter. I make this Declaration based on personal knowledge and my review of the business records of Data Tree and Data Trace which are kept by Data Tree and Data Trace in the ordinary course of their regularly conducted business activity.

3. Data Tree is primarily a real estate image repository and Data Trace hosts and maintains title plants, which assist in creating title reports. Both companies are in the business of licensing real estate data and information.

4. Some of the facts contained in this Declaration, are trade secrets and confidential commercial information that, if disclosed, would cause harm to Data Tree and Data Trace.

5. Data Tree and Data Trace are legally separate limited liability companies from First American Title Insurance Company ("FATIC") and First American Financial Company ("FAFC").

6. I

7.

---

CONFIDENTIAL DECLARATION OF DARREN CHINN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

8.

9.

10.

  a.

  b.

  c.

  d.

  e.

  f.

  g.

  h.

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on the 21st day of April, 2011 in Santa Ana, California.

*Darren Chinn*

-2-
CONFIDENTIAL DECLARATION OF DARREN CHINN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

**EXHIBIT B**


```
 1  Robert F. Scoular (SBN 085293)
    robert.scoular@snrdenton.com
 2  Andrew Z. Edelstein (SBN 218023)
    andrew.edelstein@snrdenton.com
 3  SNR DENTON US LLP
    601 South Figueroa Street, Suite 2500
 4  Los Angeles, California 90017-5704
    Telephone: (213) 623-9300
 5  Facsimile: (213) 623-9924

 6  Charles A. Newman (Pro Hac Vice)
    charles.newman@snrdenton.com
 7  Michael J. Duvall (Pro Hac Vice)
    michael.duvall@snrdenton.com
 8  SNR DENTON US LLP
    211 North Broadway, Suite 3000
 9  St. Louis, Missouri 63102
    Telephone: (314) 241-1800
10  Facsimile: (314) 259-5959

11  Margo Weinstein (Pro Hac Vice)
    margo.weinstein@snrdenton.com
12  SNR DENTON US LLP
    233 South Wacker Drive, Suite 7800
13  Chicago, Illinois 60606
    Telephone: (312) 876-8000
14  Facsimile: (312) 876-7934

15  Attorneys for Defendants
    FIRST AMERICAN FINANCIAL CORPORATION and
16  FIRST AMERICAN TITLE INSURANCE COMPANY
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE P. EDWARDS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN FINANCIAL CORPORATION and FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendants. | No. CV07-03796 SJO (FFMX)<br><br>CONFIDENTIAL DECLARATION OF DIANNA L. SERIO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>Hearing Date: May 23, 2011<br>Time: 10:00 a.m. |

CONFIDENTIAL DECLARATION OF DIANNA L. SERIO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Dianna L. Serio, declare as follows:

1. I am and have been since June 1, 2010 a Senior Vice President of CoreLogic, Inc. ("CoreLogic"). As such, my primary responsibilities include oversight of data acquisition, data aggregation, data processing, and quality assurance and fulfillment of the data produced by the Data & Analytics business segment of CoreLogic.

2. I make this Declaration in support of Defendants' Opposition to Plaintiff's Motion for Class Certification in the above-captioned matter. I make this Declaration based on personal knowledge and my review of the business records of CoreLogic which are kept by CoreLogic in the ordinary course of its regularly conducted business activity.

3. CoreLogic is a data company that sells, among other things, real estate related data and analytics.

4. Much of CoreLogic's data capabilities and analytics, and some of the facts contained in this Declaration, are trade secrets and confidential commercial information that, if disclosed, would cause harm to CoreLogic.

5.

6.

-1-
CONFIDENTIAL DECLARATION OF DIANNA L. SERIO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

APR-21-2011  15:54         CORELOGIC DP&Q                      714 250 6910      P.03



1  code to generate the desired results.
2      7.
3  property cha

10     8.

14     9.

16    10.  C

19
20    11.

23     b.
24     c.
25     d.
26            , federal
27     e.         r intende
28

-2-
CONFIDENTIAL DECLARATION OF DIANNA L. SERIO IN SUPPORT OF DEFENDANTS' OPPOSITION
TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Exhibit B
Page 7

APR-21-2011 15:54    CORELOGIC DP&Q                    714 250 6910    P.04

1    f.

3    g.

5    h.

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on the 21st day of April, 2011 in Santa Ana, California.

_____
Dianna L. Serio

-3-
CONFIDENTIAL DECLARATION OF DIANNA L. SERIO IN SUPPORT OF DEFENDANTS' OPPOSITION
TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

TOTAL P.04

EXHIBIT C

| | |
|---|---|
| 1 | Robert F. Scoular (SBN 085293) |
| | robert.scoular@snrdenton.com |
| 2 | Andrew Z. Edelstein (SBN 218023) |
| | andrew.edelstein@snrdenton.com |
| 3 | SNR DENTON US LLP |
| | 601 South Figueroa Street, Suite 2500 |
| 4 | Los Angeles, California 90017-5704 |
| | Telephone: (213) 623-9300 |
| 5 | Facsimile: (213) 623-9924 |
| 6 | Charles A. Newman (*Pro Hac Vice*) |
| | charles.newman@snrdenton.com |
| 7 | Michael J. Duvall (*Pro Hac Vice*) |
| | michael.duvall@snrdenton.com |
| 8 | SNR DENTON US LLP |
| | 211 North Broadway, Suite 3000 |
| 9 | St. Louis, Missouri 63102 |
| | Telephone: (314) 241-1800 |
| 10 | Facsimile: (314) 259-5959 |
| 11 | Margo Weinstein (*Pro Hac Vice*) |
| | margo.weinstein@snrdenton.com |
| 12 | SNR DENTON US LLP |
| | 233 South Wacker Drive, Suite 7800 |
| 13 | Chicago, Illinois 60606 |
| | Telephone: (312) 876-8000 |
| 14 | Facsimile: (312) 876-7934 |
| 15 | Attorneys for Defendants |
| | FIRST AMERICAN FINANCIAL CORPORATION and |
| 16 | FIRST AMERICAN TITLE INSURANCE COMPANY |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE P. EDWARDS, individually and on behalf of all others similarly situated, | No. CV07-03796 SJO (FFMx) |
| Plaintiffs, | CONFIDENTIAL DECLARATION OF RICHARD A. DIAMOND REGARDING INFORMATION AND TECHNOLOGY SYSTEMS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |
| vs. | |
| FIRST AMERICAN FINANCIAL CORPORATION and FIRST AMERICAN TITLE INSURANCE COMPANY, | |
| Defendants. | Hearing Date: May 23, 2011 |
| | Time: 10:00 a.m. |

CONFIDENTIAL DECLARATION OF RICHARD A. DIAMOND REGARDING INFORMATION AND TECHNOLOGY SYSTEMS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Exhibit C
Page 9

1   I, Richard A. Diamond, declare as follows:

2   1.   I am a Vice President and Divisional IT Director for First American Title
3   Insurance Company ("FATIC"). I have held this position since 1997.

4   2.   I make this declaration in support of Defendants' Opposition to
5   Plaintiff's Motion for Class Certification in the above-captioned matter. I make this
6   Declaration based on personal knowledge and my review of the business records of
7   First American Title Insurance Company ("FATIC") which were kept by FATIC in
8   the course of its regularly conducted business activity.

9   3.   FATIC's information systems, their functionality, and the facts contained
10  in this declaration, are trade secrets and confidential commercial information that, if
11  disclosed, would cause harm to FATIC.

12  4.   From before June 12, 2006 until December 31, 2007, FATIC used the
13  WINGS system, in the Northeast region, to track agency remittance data.

14  5.   I am personally familiar with WINGS and had primary responsibility for
15  designing it.

16  6.

25  7.

27  8.

CONFIDENTIAL DECLARATION OF RICHARD A. DIAMOND REGARDING INFORMATION AND TECHNOLOGY SYSTEMS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Exhibit C
Page 10

1    a.

2    b.

3    c.

4    d.

5    e.

6

7    f.

8

9    g.

10

11

12   h.

13

14   i.

15

16

17    9.    I am informed and believe that Plaintiff seeks to certify a putative class that "consists of all consumers who on or after June 12, 2006 entered into a federally-related mortgage loan transaction using one of the 42 title agencies . . . that were partially-owned by Defendants First American Corporation and/or First American Title Insurance Company ("FATIC") or its predecessors, successors, affiliates, or subsidiaries (collectively "FAC") during the time of such partial ownership, where (a) FAC purchased its ownership interest as part of the same transaction in which FAC obtained an agreement to refer title insurance business; (b) such a referral agreement was in effect; and (c) there is a record of a charge for title insurance issued by FATIC in the consumer's mortgage loan transaction."

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-2-
CONFIDENTIAL DECLARATION OF RICHARD A. DIAMOND REGARDING INFORMATION AND TECHNOLOGY SYSTEMS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Exhibit C
Page 11

1
2   10.   In late 2007 and early 2008, FATIC rolled out the STARS remittance
3  tracking system, which replaced WINGS and ultimately covered all regions within
4  the United States. As part of my job duties, I am familiar with the STARS system.
5       11.

12.

13.   ~
    a.
    b.
    c.
    d.
    e.

    f.   V

    g.

-3-
CONFIDENTIAL DECLARATION OF RICHARD A. DIAMOND REGARDING INFORMATION AND TECHNOLOGY SYSTEMS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Exhibit C
Page 12

1       h.

6   14.

9   15.

12  16.

16  17.

19  18.

27  19.

-4-
CONFIDENTIAL DECLARATION OF RICHARD A. DIAMOND REGARDING INFORMATION AND TECHNOLOGY SYSTEMS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

Exhibit C
Page 13

20.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on the 21 day of April, 2011 in Boston, Massachusetts.



Richard A. Diamond

-5-

CONFIDENTIAL DECLARATION OF RICHARD A. DIAMOND REGARDING INFORMATION AND TECHNOLOGY SYSTEMS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

Exhibit C
Page 14