Robert F. Scoular (SBN 085293)
robert.scoular@snrdenton.com
Andrew Z. Edelstein (SBN 218023)
andrew.edelstein@snrdenton.com
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924

Charles A. Newman (*Pro Hac Vice*)
charles.newman@snrdenton.com
Michael J. Duvall (*Pro Hac Vice*)
michael.duvall@snrdenton.com
SNR DENTON US LLP
211 North Broadway, Suite 3000
St. Louis, Missouri 63102
Telephone:  (314) 241-1800
Facsimile:  (314) 259-5959

Margo Weinstein (*Pro Hac Vice*)
margo.weinstein@snrdenton.com
SNR DENTON US LLP
233 South Wacker Drive, Suite 7800
Chicago, Illinois 60606
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934

Attorneys for Defendants
FIRST AMERICAN FINANCIAL CORPORATION and
FIRST AMERICAN TITLE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

<table>
<tr><td>DENISE P. EDWARDS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN FINANCIAL CORPORATION and FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendants.</td><td>No. CV07-03796 SJO (FFMx)<br><br>DEFENDANTS' UNOPPOSED APPLICATION TO SEAL DECLARATION OF ANDREW Z. EDELSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO DECERTIFY THE TOWER CITY (OHIO) CLASS<br><br>[[PROPOSED] ORDER LODGED HEREWITH]<br><br>Hearing Date: May 23, 2011<br>Time:            10:00 a.m.</td></tr>
</table>

Defendants First American Financial Corporation and First American Title Insurance Company ("FATIC") will and hereby do apply for an order permitting them to file the Declaration of Andrew Z. Edelstein (the "Declaration") under seal.

Good cause exists for this Application for the following reasons.

1)      Pursuant to the Stipulated Confidentiality Agreement and Protective Order (the "Protective Order") (Doc. 41) entered by the Court on September 26, 2007, Defendants and third parties have designated the exhibits to the Declaration as "Confidential" and Paragraph 14 of the Protective Order obligates parties filing or lodging with the Court any material designated as "Confidential" to do so under seal.[1]

2)      The Declaration attaches three exhibits, (1) a declaration from a FATIC employee about FATIC's IT Systems, (2) a declaration from a CoreLogic, Inc. employee about CoreLogic's data capabilities, and (3) a declaration from an employee of First American Data Tree LLC and Data Trace Information Services LLC about those companies' data capabilities.

3)      Each declarant testifies that some of the statements in his or her declaration reveal proprietary information that is considered a trade secret.  Indeed, FATIC, CoreLogic and Data Tree and Data Trace are either consumers of, and or sellers of, real estate related data in a highly competitive marketplace.

4)      In addition to filing the Declaration provisionally under seal, Defendants will contemporaneously file a redacted version on the ECF system, keeping as much information as possible public.

5)      This Application is unopposed.  A copy of an email from Plaintiff's counsel granting his consent to this Application is attached hereto as Exhibit B.

This Application is made pursuant to Federal Rule of Civil Procedure 5.2(d), Local Rule 79-5.1, and the Protective Order.

---

[1] A true and correct copy of the Protective Order is attached hereto as Exhibit A.

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DEFENDANTS' UNOPPOSED APPLICATION TO SEAL DECLARATION OF ANDREW Z. EDELSTEIN IN
SUPPORT OF DEFENDANTS' MOTION TO DECERTIFY THE TOWER CITY (OHIO) CLASS

1   Dated:  April 25, 2011

2

3

4

5   By _____

6         Robert F. Scoular

7   Attorneys for Defendants
    FIRST AMERICAN FINANCIAL
8   CORPORATION and FIRST AMERICAN
    TITLE INSURANCE COMPANY
9

ROBERT F. SCOULAR
CHARLES A. NEWMAN
MARGO WEINSTEIN
ANDREW Z. EDELSTEIN
MICHAEL J. DUVALL
SNR DENTON US LLP

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**EXHIBIT  A**

1  James W. Spertus (SBN 159825)
   Leah C. Gershon (SBN 242327)
2  **LAW OFFICES OF JAMES W. SPERTUS**
   12100 Wilshire Blvd, Suite 620
3  Los Angeles, California 90025
   Telephone: (310) 826-4700
4  Facsimile: (310) 826-4711

5  Cyril V. Smith
   **ZUCKERMAN SPAEDER LLP**
6  100 East Pratt Street, Suite 2440
   Baltimore, Maryland 21202
7  Telephone (410) 949-1145
   Facsimile: (410) 659-0436

8
   [Additional Counsel Listed on Signature page]
9
   Attorneys for Plaintiffs
10
   Joel D. Siegel (SBN 155581)
11 **BRYAN CAVE LLP**
   120 Broadway, Suite 300
12 Santa Monica, California 90401
   Telephone: (310) 576-2100
13 Facsimile: (310) 576-2200

14 [Additional Counsel Listed on Signature page]

15 Attorneys for Defendants

16

17                    UNITED STATES DISTRICT COURT

18              THE CENTRAL DISTRICT OF CALIFORNIA

19 DENISE P. EDWARDS, individually and    CASE NO. CV07-03796SJO
   on behalf of all others similarly situated  (FFMX)
20
                                            Hon. S. James Otero
21     Plaintiffs,

22   v.                                     **STIPULATED
                                            CONFIDENTIALITY
23                                          AGREEMENT AND
   THE FIRST AMERICAN                       PROTECTIVE ORDER**
24 CORPORATION, FIRST AMERICAN
   TITLE INSURANCE COMPANY                  **NOTE CHANGES MADE BY THE COURT**
25
26     Defendants.

EXHIBIT A
PAGE 3

LAW OFFICES OF JAMES W. SPERTUS
12100 WILSHIRE BLVD., SUITE 620
LOS ANGELES, CALIFORNIA 90025
TEL. (310) 826-4700 • FAX (310) 826-4711

1   IT IS HEREBY STIPULATED AND AGREED, by and among the parties

2   hereto, that the following Stipulated Confidentiality Agreement and Protective

3   Order (the "Stipulation and Order") shall govern disclosure and use during

4   pretrial proceedings in this action by the undersigned parties of all documents,

5   testimony and other information produced or given by any person in the course

6   of this action:

7       1.      Any document that contains or comprises non-public information

8   may be designated as "Confidential" in the manner described herein, only if a

9   party determines in good faith that any such document reflects the producing

10  party's trade and business secrets or other confidential financial, personal,

11  commercial or proprietary information, which, if disclosed publicly, would put

12  the designating party at a competitive disadvantage or confidential personal or

13  financial information of the parties' employees or residential title customers that

14  would not ordinarily be disclosed publicly.  Notwithstanding the foregoing, no

15  document is entitled to Confidential treatment pursuant to this Stipulation and

16  Order if it is lawfully obtained from a source other than the producer without a

17  requirement that it be subjected to Confidential protection.

18      2.      Only non-public documents within the scope of the preceding

19  paragraph and produced in discovery may be designated as "Confidential."

20  Accordingly, this Stipulation and Order shall not apply to information that any

21  time has been:   (a) produced, disclosed or made available to the public or

22  otherwise available for public access; and/or (b) disclosed in connection with any

23  public governmental filing in which such documents or information could not

24  reasonably be assumed to be or have been intended to be kept confidential;

25  and/or (c) disclosed in connection with any governmental, administrative or

26  judicial proceeding unless such disclosure was subject to an order of

27  confidentiality.  Any document that has not been preserved or maintained in a

28

EXHIBIT A
PAGE 4

LAW OFFICES OF JAMES W. SPERTUS
12100 WILSHIRE BLVD., SUITE 620
LOS ANGELES, CALIFORNIA 90025
TEL. (310) 826-4700 • FAX (310) 826-4711

1 │ manner calculated to preserve its confidentiality shall not be designated as

2 │ "Confidential."

3 │     3.     Any party or non-party may designate documents as "Confidential,"

4 │ as that term is defined in paragraph 1 above, by typing or stamping

5 │ "CONFIDENTIAL" on <u>each</u> page of the documents for which Confidential

6 │ treatment is sought, or by any other method agreed to in writing by counsel for

7 │ all parties. For documents produced by any party prior to the date of this

8 │ Stipulation and Order, the producing party may designate documents as

9 │ "Confidential" by notifying all parties in writing the specific bates numbers for

10 │ the pages of documents they wish to designate as "Confidential." The parties

11 │ may designate documents produced before the execution of this stipulation as

12 │ "Confidential" by sending a letter specifying by bates number the documents to

13 │ be designated "Confidential."

14 │     4.     Any party or non-party may, in good faith, designate as

15 │ "Confidential," as that term is defined in paragraph 1 above, that portion of any

16 │ testimony deemed to contain Confidential information as Confidential Testimony

17 │ ("Confidential Testimony") by advising the reporter and counsel of record of the

18 │ beginning and ending of the Confidential Testimony, either orally at the

19 │ deposition or in writing, no later than fourteen (14) days after the date on which

20 │ the transcript is available from the reporter for distribution to counsel. The

21 │ reporter shall mark the face of the transcript to designate the beginning and

22 │ ending of the Confidential portions thereof.

23 │     5.     Documents and information designated as Confidential pursuant to

24 │ the Stipulation and Order shall be solely for purposes of this litigation and shall

25 │ not be used for any other purpose whatsoever. Except as otherwise provided by

26 │ written stipulation of the parties or by order of the Court, no documents or

27 │ information designated as "Confidential" under paragraph 1 above shall be

28 │ disclosed to any person other than:

EXHIBIT A
PAGE 5

LAW OFFICES OF JAMES W. SPERTUS
12100 WILSHIRE BLVD., SUITE 620
LOS ANGELES, CALIFORNIA 90025
TEL (310) 826-4700 • FAX (310) 826-4711

a. the parties in this action or their present and former officers, directors, partners or employees;

b. counsel for the parties in this action and the partners, associates and employees of such counsel and persons retained by such counsel in connection with this action;

c. the Court and Court personnel;

d. deposition or trial witnesses;

e. court reporters used in connection with this litigation;

f. mediators or arbitrators retained by the parties to this action;

g. any expert retained or consulted by any party in connection with this case so long as such individuals agree that no documents or information designated as "Confidential" may be used in connection with their personal business or in any other way beyond their duties in this litigation; or

h. any person whom counsel for the parties agrees should have access to such materials and who agrees to be bound by the terms of this Stipulation and Order.

6. Notwithstanding any other provisions of this Stipulation and Order, nothing herein shall prohibit counsel for a party from disclosing a Confidential document to any person whom the document clearly identifies as an author, addressee, or carbon copy recipient of such document; and regardless of designation pursuant to this Stipulation and Order, if a Confidential document or testimony makes reference to the actual or alleged conduct or statements of a person who is a potential witness, counsel may discuss such conduct or statements with such witness without revealing any portion of the document or testimony other than that which specifically refers to such conduct or statements, and such discussion shall not constitute disclosure within the terms of this Stipulation and Order.

EXHIBIT A
PAGE 6

LAW OFFICES OF JAMES W. SPERTUS
12100 WILSHIRE BLVD., SUITE 620
LOS ANGELES, CALIFORNIA 90025
TEL (310) 826-4700 • FAX (310) 826-4711

7.    Anything in this Stipulation and Order to the contrary notwithstanding, any party may use the services of a photocopying service, printing and binding service or computer input service with regard to "Confidential" material without regard to the provisions of paragraph 5 above, provided such services are advised of the Confidential nature of the documents and asked to maintain their confidentiality.

8.    In addition, prior to disclosure of any discovery materials designated as "Confidential" to any person described in paragraph 5(g) or (h) hereof, such persons shall receive a copy of this Stipulation and Order and shall sign a certificate in the form of Exhibit A attached hereto. Such signed and completed certificates shall be retained by the attorneys of record for the disclosing party who shall not be obligated to provide copies to opposing counsel or counsel for non-parties except for good cause show to the Court.

9.    The Confidential status of all documents and information governed by this Stipulation and Order shall survive the conclusion of this litigation. Upon final disposition or resolution of this action, upon written request by a producing party within sixty (60) days from such final disposition or resolution, each party shall either (a) assemble and return all materials designated "Confidential," including all copies thereof, to the party from whom the designated materials were obtained, or (b) destroy such materials, at the option of the party in possession thereof, except that any documents or copies that contain or constitute attorney's work product may be destroyed rather than returned.

10.   This Stipulation and Order shall not preclude any party from (a) claiming that any matter designated Confidential hereunder is not entitled to the protections of this Stipulation and Order, (b) applying to the Court for an order permitting the disclosure or use of information or documents otherwise prohibited by this Stipulation and Order, or (c) applying for an order modifying this Stipulation and Order in any respect. In any proceeding under sub-paragraph

EXHIBIT A
PAGE 7

1  (a) or (b), the party claiming Confidential status shall bear the burden of proof
2  that such status is required.

3      11.   No party shall be obligated to challenge the propriety of any
4  Confidential designation, and failure to do so shall not preclude a subsequent
5  attack on the propriety of such designation.

6      12.   Nothing in this Stipulation and Order shall prevent any party from
7  producing any document or information in his, her or its possession to another
8  person in response to a subpoena or other compulsory process, provided
9  however, that, if a party receives a subpoena or other compulsory process
10 seeking production or other disclosure of Confidential materials, he or she shall
11 give prompt written notice to counsel for the producer and, unless prohibited by
12 applicable law, shall enclose a copy of the subpoena or other compulsory
13 process. When possible, at least twenty-one (21) calendar days written notice
14 before production or other disclosure shall be given. ~~In no event shall production~~ *Notice shall be given*
15 ~~or other disclosure be made before notice is given.~~ *before production or other disclosure is due pursuant to the subpoena or other compulsory process. FM.*

16     13.   In the event that a Confidential document is inadvertently produced
17 without the appropriate designation, such document and any copies thereof shall
18 be immediately stamped "Confidential" at the written request of the producing
19 party.

20     14.   If any document designated as "Confidential" is attached to any
21 papers filed or lodged with the Court, such document shall be filed under seal
22 and shall be labeled "Confidential—Subject to Stipulated Order Regarding
23 Confidential Information." Parties wishing any document filed as part of the
24 record under seal must first present a consent order/motion regarding such
25 document(s) to the Court. The Clerk of the Court is not authorized to accept for
26 filing any document designated as sealed without an Order from the Court
27 approving the filing of Confidential documents under seal.

28     15.   Within sixty (60) days after receipt of written notice of the final

LAW OFFICES OF JAMES W. SPERTIUS
12100 WILSHIRE BLVD., SUITE 620
LOS ANGELES, CALIFORNIA 90025
TEL (310) 826-4700 • FAX (310) 826-4711

*EXHIBIT A
PAGE 8*

LAW OFFICES OF JAMES W. SPERTUS
12100 WILSHIRE BLVD., SUITE 620
LOS ANGELES, CALIFORNIA 90025
TEL (310) 826-4700 • FAX (310) 826-4711

1   disposition of this action, whether by judgment and exhaustion of all appeals or
2   by voluntary dismissal, the producing party or its counsel may move for an order
3   withdrawing all documents designated as "Confidential" which have been sealed
4   and filed or lodged with the Court in any manner.

5       16.   Any waiver under this Stipulation and Order must be made in
6   writing or, if at a deposition or in court, on the record.   Any waiver, unless
7   expressly made general, shall be deemed limited to the specified purposes of the
8   request or proceeding involved, and shall not otherwise waive any of the
9   protections provided by the Stipulation and Order.

10      17.   This Stipulation and Order shall not preclude any party from
11  seeking and obtaining, on an appropriate showing, such additional protection
12  with respect to the Confidentiality of documents or other discovery materials as,
13  they may consider appropriate. _but any such modification will not have the force or effect of a Court order unless approved by the court, FM_

14      18.   This Stipulation ~~and Order~~ may be modified at any time by
15  stipulation of the parties, In addition, a party may at any time apply to the Court
16  for modification of this Stipulation and Order pursuant to a motion brought in
17  accordance with the rules of the Court.

18      19.   This Stipulation and Order may be signed in counterparts, each of
19  which shall constitute an original and all of which, when taken together, shall
20  constitute one and the same instrument.

21  DATED: August 30, 2007       LAW OFFICES OF JAMES W. SPERTUS

22

23                               By: _Leah Gershon_

24                                   Leah C. Gershon

        IT IS SO ORDERED.
25      DATED: 9/26/07            James W. Spertus
                                  Leah C. Gershon
26                                LAW OFFICES OF JAMES W. SPERTUS
                                  12100 Wilshire Blvd, Suite 620
27      UNITED STATES MAGISTRATE JUDGE   Los Angeles, California  90025
                                  Telephone: (310) 826-4700
28                                Facsimile:  (310) 826-4711

CONFIDENTIALITY STIPULATION AND ORDER
7

EXHIBIT A
PAGE 9

Cyril V. Smith
ZUCKERMAN SPAEDER LLP
100 East Pratt Street
Suite 2440
Baltimore, Maryland 21202
Telephone (410) 332-0444
Facsimile (410) 659-0436

Richard S. Gordon
Martin E. Wolf
QUINN, GORDON & WOLF, CHTD.
102 West Pennsylvania Avenue, Suite 402
Baltimore Maryland 21294
Telephone (410) 824-2300
Facsimile (410) 825-0066

Edward G. Kramer
David Oakley
THE FAIR HOUSING LAW CLINIC
3214 Prospect Avenue, East
Cleveland, Ohio 44115
Telephone (216) 431-5300
Facsimile (216) 431-6149

Attorneys for Plaintiffs

DATED: August 30, 2007        BRYAN CAVE, LLP

By: _____
Joel D. Siegal

Joel D. Siegal
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California 90401
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Charles A. Newman
BRYAN CAVE LLP
One Metropolitan Square, Suite 3600
St. Louis, Missouri 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

Charles J. Stevens
STEVENS & O'CONNELL LLP
400 Capital Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 329-9111
Facsimile: (916) 329-9110

Attorneys for Defendants

LAW OFFICES OF JAMES W. SPERTUS
12100 WILSHIRE BLVD. SUITE 620
LOS ANGELES, CALIFORNIA 90025
TEL (310) 826-4700 • FAX (310) 826-4711

EXHIBIT A
PAGE 10

1      IT IS HEREBY ORDERED that the Confidentiality Stipulation and Order

2 is GRANTED.

3

4 DATED: _____

5                  Honorable _____

6                     **FREDERICK F. MUMM**
                      **U.S. Magistrate Judge**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF JAMES W. SPERTUS
12100 WILSHIRE BLVD., SUITE 620
LOS ANGELES, CALIFORNIA 90025
TEL (310) 826-4700 • FAX (310) 826-4711

EXHIBIT A
PAGE 11

# EXHIBIT

# A

EXHIBIT A
PAGE 12

James W. Spertus (SBN 159825)
Leah C. Gershon (SBN 242327)
**LAW OFFICES OF JAMES W. SPERTUS**
12100 Wilshire Blvd, Suite 620
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile: (310) 826-4711

Cyril V. Smith
**ZUCKERMAN SPAEDER LLP**
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
Telephone (410) 949-1145
Facsimile: (410) 659-0436

[Additional Counsel Listed on Signature page]

Attorneys for Plaintiffs

Joel D. Siegel (SBN 155581)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

[Additional Counsel Listed on Signature page]

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE P. EDWARDS, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE INSURANCE COMPANY<br><br>Defendants. | CASE NO. CV07-03796SJO (FFMX)<br><br>Hon. S. James Otero<br><br>CERTIFICATION OF AGREEMENT TO BE BOUND BY CONFIDENTIALITY STIPULATION AND ORDER |

EXHIBIT A
PAGE 13

1    The undersigned, _____, acknowledges that he or

2    she has read and understands the Confidentiality Stipulation and Order

3    ("Stipulation and Order") dated August 30, 2007 by the parties. The undersigned

4    agrees to be bound by the terms of the Stipulation and Order.

5    The undersigned understands that any failure to comply with the terms of

6    this Stipulation and Order shall subject the undersigned and his or her agents,

7    assigns, and attorneys to liability for injunctive relief and damages. The

8    undersigned acknowledges and agrees that disclosure of information contrary to

9    the terms of the Stipulation and Order will cause irreparable harm to the party

10   who designated the information for protection, and the undersigned consents to

11   the entry of injunctive relief against him or her to enforce the terms of the

12   Stipulation and Order.

13

14   _____      _____

15   Signature                    Date

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices of James W. Spertus
12100 WILSHIRE BLVD., SUITE 620
LOS ANGELES CA, CA 90025
TELEPHONE 310-826-4700, FACSIMILE 310-826-4711

CERTIFICATION OF AGREEMENT TO BE BOUND BY CONFIDENTIALITY
STIPULATION AND ORDER

EXHIBIT A
PAGE 14

Case 2:07-cv-03796-SJO-FFM   Document 270   Filed 04/25/11   Page 17 of 21   Page ID #:4914

Case 2:07-cv-03796-SJO     Document 127   Filed 09/26/07   Page 13 of Page ID #:49...

## Proof of Service

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action. My business address is 12100 Wilshire Blvd., Suite 620, Los Angeles, CA 90025.

On the date indicated below, I served the foregoing documents described as:

### STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER

| | | |
|---|---|---|
| Charles A. Newman | Joel D. Siegel | Charles J. Stevens |
| Douglas W. King | BRYAN CAVE LLP | STEVENS & O'CONNELL |
| BRYAN CAVE LLP | 120 Broadway, Suite 300 | LLP |
| One Metropolitan Square, Suite | Santa Monica, California | 400 Capital Mall, Suite 1400 |
| 3600 | 90401-2386 | Sacramento, California |
| St. Louis, Missouri 63102 | joel.siegel@bryancave.com | 95814-4498 |
| canewman@bryancave.com | | cjs@stevensandoconnell.com |
| dwking@bryancave.com | | |

## BY MAIL TO ALL PARTIES

[X]    I placed such envelope for deposit in the U.S. Mail for service by the United States Postal Service, with postage thereon fully prepaid.

[ ]    As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on August 31, 2007, at Los Angeles, California.

Tierza Acy

LAW OFFICES OF JAMES W. SPERTUS
12100 WILSHIRE BLVD., SUITE 620
LOS ANGELES, CALIFORNIA 90025
TEL (310) 826-4700 • FAX (310) 826-4711

EXHIBIT A
PAGE 15

**EXHIBIT B**

## Edelstein, Andrew Z.

| | |
|---|---|
| **From:** | Meyer, Bill [wmeyer@zuckerman.com] |
| **Sent:** | Monday, April 25, 2011 10:15 AM |
| **To:** | Edelstein, Andrew Z. |
| **Cc:** | Smith, Cyril V.; rgordon@quinnlaw.com; 'Katherine Bornstein' |
| **Subject:** | RE: Edwards: App seal Dec |

Andrew:   Without having seen the Declaration or the exhibits thereto, and reserving our rights later to challenge Defendants' designation of documents as "confidential," we agree that, pursuant to the Protective Order, filings by Defendants which include or refer to documents so designated should be filed under seal and therefore do not oppose the sealing of such filings.

Bill Meyer
410-332-1240
wmeyer@zuckerman.com

 **ZUCKERMAN SPAEDER** LLP

William K. Meyer
wmeyer@zuckerman.com

100 East Pratt Street • Suite 2440 • Baltimore, MD 21202-1031
410.332.1240 direct • 410.659.0436 fax

> **Download V-card | Office | Website | My Bio**

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful. If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 410.332.0444, and permanently delete all copies.

**From:** Edelstein, Andrew Z. [mailto:andrew.edelstein@snrdenton.com]
**Sent:** Monday, April 25, 2011 1:07 PM
**To:** Meyer, Bill
**Subject:** Edwards: App seal Dec

Bill,
Can you please provide an email stating that you do not oppose the attached.  Thanks.
--Andrew

Andrew Z. Edelstein
SNR Denton US LLP
D +1 213 892 5024

## SNR DENTON

EXHIBIT B
PAGE 16

F +1 213 623 9924
andrew.edelstein@snrdenton.com
snrdenton.com

601 South Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704

SNR Denton is the collective trade name for an international legal practice. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system.

Please see snrdenton.com for Legal Notices, including IRS Circular 230 Notice.

4/25/2011

EXHIBIT B
PAGE 17

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California; my business address is 601 S. Figueroa Street, Suite 2500, Los Angeles, California 90017. I am over the age of eighteen and not a party to the within action.

On April 25, 2011, I served the foregoing document, entitled **DEFENDANTS' UNOPPOSED APPLICATION TO SEAL DECLARATION OF ANDREW Z. EDELSTEIN IN SUPPORT OF DEFENDANTs' MOTION TO DECERTIFY THE TOWER CITY (OHIO) CLASS** , on each interested party in this action, by their counsel, as follows:

James W. Spertus
Law Offices of James Spertus
1990 South Bundy Dr.
Suite 705
Los Angeles, CA 90025

Cyril W. Smith
William K. Meyer
Zuckerman Spaeder LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202

Richard S. Gordon
Katherine B. Bornstein
Quinn, Gordon & Wolf, Chtd.
102 W. Pennsylvania Ave., Suite 402
Baltimore, MD 21294

Edward G. Kramer
David Oakley
The Fair Housing Law Clinic
3214 Prospect Avenue, East
Cleveland, OH 44115-2600

☐ **U.S. Mail:** By placing for collection and mailing ☐ the original ☐ a true copy of said document enclosed in a sealed envelope addressed to counsel for such parties as set forth above. I am personally and readily familiar with the business practice of SNR Denton US LLP for the collection and processing of documents for mailing with the United States Postal Service. Pursuant to that practice, mail placed for collection in the ordinary course of business is deposited the same day, with proper postage fully prepaid, with the United States Postal Service.

☒ **Federal Express:** By depositing in a box or other facility maintained by Federal Express, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, ☐ the original ☒ a true copy of the document sealed in an envelope designated by said express carrier service, with delivery fees paid or provided for, and addressed to counsel for such parties as set forth above.

☐ **Electronic Mail:** By transmitting a true copy of said document to counsel for such parties at the electronic notification address(es) set forth above, said transmission being reported as complete and without error.

I certify that I am employed in the office of a member of the bar of this court at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2011 at Los Angeles, California.

_Linda Ainsworth_
Linda Ainsworth

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300