Robert F. Scoular (SBN 085293)
robert.scoular@snrdenton.com
Andrew Z. Edelstein (SBN 218023)
andrew.edelstein@snrdenton.com
Michael J. Duvall (SBN 276994)
michael.duvall@snrdenton.com
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Charles A. Newman (*Pro Hac Vice*)
charles.newman@snrdenton.com
SNR DENTON US LLP
211 North Broadway, Suite 3000
St. Louis, Missouri 63102
Telephone: (314) 241-1800
Facsimile: (314) 259-5959

Margo Weinstein (*Pro Hac Vice*)
mweinstein@millershakman.com
MILLER SHAKMAN & BEEM LLP
180 N. LaSalle Street, Suite 3600
Chicago, Illinois 60601
Telephone: (312) 263-3700
Facsimile: (312) 263-3270

Attorneys for Defendants
FIRST AMERICAN FINANCIAL CORPORATION and
FIRST AMERICAN TITLE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE P. EDWARDS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN FINANCIAL CORPORATION and FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendants. | No. CV07-03796 SJO (FFMx)<br><br>SUPPLEMENTAL DECLARATION OF ANDREW Z. EDELSTEIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>Hearing Date: November 5, 2012<br>Time: 10:00 A.M. |

# DECLARATION OF ANDREW Z. EDELSTEIN

I, Andrew Z. Edelstein, declare as follows:

1. I am an attorney at law, duly admitted to practice before the courts of the State of California and the United States District Court for the Central District of California. I am an attorney with the law firm of SNR Denton US LLP, counsel for Defendants First American Financial Corporation ("FAFC") and First American Title Insurance Company ("FATIC") (collectively "Defendants") in this action. I have personal knowledge of the facts set forth herein.

2. I make this supplemental declaration in support of Defendants' Opposition to Plaintiff's Motion for Class Certification.

3. Exhibit A to my prior declaration, dated April 24, 2011, in support of and in connection with Defendants' Opposition to Plaintiff's Motion for Class Certification (see Doc. 263, at DA 5928-5933) is Defendants' Summary of Evidence detailing the relationship of FAFC and FATIC, respectively, with the 42 entities at issue in Plaintiff's Motion for Class Certification.

4. Since April 24, 2011 certain facts, as stated in the Defendants' Summary of Evidence, have changed for some of the listed entities. In addition, Plaintiff, in her Reply in Support of Motion for Class Certification, specifically acknowledged that four entities initially placed at issue in her Motion for Class Certification did not meet the proposed class definition, and removed those entities from her list of entities at issue.[1] (See Doc. 277-2, at ¶ 5). This Declaration sets forth the changes that have occurred and attaches as Exhibit A Defendants' Supplemental Summary of Evidence, which accurately sets forth the facts as they exist today and no longer lists the entities

---

[1] Specifically, Plaintiff removed Associates Title Company and Nolecane, LLC because they did not exist during the class period, and removed Progressive Land Title Agency, Ltd and Sweeney Closing Services, LLC because they "executed non-exclusive referral agreements that were in force during the class period." (See Doc. 277-2 at paragraph 5). Thus, absent an exclusivity clause, their customers could not be in the putative class.

dropped by Plaintiff.

5. Each additional fact contained in the Defendants' Supplemental Summary of Evidence, as described below, cites by reference a declaration or document that evidences such fact. Also, all of these documents and the new Exhibit A were produced to Plaintiff on October 11, 2012.

6. The following additional facts are reflected in Defendants' Supplemental Summary of Evidence:

   a) Equity Title, LLC (NV): FATCO Holdings, LLC's divested its direct ownership interest in this entity on September 7, 2011(*see* Declaration of John Hollenbeck Regarding Equity Title, LLC, attached hereto as Exhibit B);

   b) Everest National Title Agency, Ltd. ("Everest"): FATIC divested its ownership interest in Everest on July 7, 2011. Additionally, Everest is no longer a title insurance agent for FATIC in any state. Everest was terminated as a national agent on December 15, 2008 and as an Ohio only agent on July 18, 2011 (*see* Declaration of John Hollenbeck Regarding Everest National Title Agency, LTD., attached hereto as Exhibit C);

   c) Investors Title Company: FATIC's ownership interest in this entity was diluted to 5.54% on November 2, 2011 due to the issuance of additional shares Investors Title Company stock (*see* Declaration of K. Dahl Regarding Investors Title Company, attached hereto as Exhibit D);

   d) Island Title Corporation: This entity was dissolved on January 24, 2012 (*see* Exhibit E attached hereto and described below); and

   e) Title Xperts Agency, Inc.: This entity was dissolved on May 9, 2012 (*see* Exhibit F attached hereto and described below).

7. Exhibit E is a true and correct copy of a Certified Certificate of Status evidencing the dissolution of Island Title Corporation that was obtained from the Hawaii Department of Commerce and Consumer Affairs.

8. Exhibit F is a true and correct copy of a Certified Certificate of Status evidencing the dissolution of Title Xperts Agency, Inc. that was obtained from the Ohio Secretary of State.

**CONFIDENTIAL**

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on October 11, 2012, at Los Angeles, California.

_____
Andrew Z. Edelstein

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California; my business address is 601 S. Figueroa Street, Suite 2500, Los Angeles, California 90017. I am over the age of eighteen and not a party to the within action.

On November 12, 2012, I served the foregoing document, described as **SUPPLEMENTAL DECLARATION OF ANDREW Z. EDELSTEIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.** with the Clerk of the Court using the ECF system which will send notification of such filing to the following parties:

| | |
|---|---|
| James W. Spertus<br>Law Offices of James Spertus<br>1990 South Bundy Dr.<br>Suite 705<br>Los Angeles, CA 90025 | Cyril W. Smith<br>William K. Meyer<br>Zuckerman Spaeder LLP<br>100 East Pratt Street, Suite 2440<br>Baltimore, MD 21202 |
| Richard S. Gordon<br>Quinn, Gordon & Wolf, Chtd.<br>102 W. Pennsylvania Ave., Suite 402<br>Baltimore, MD 21294 | Edward G. Kramer<br>David Oakley<br>The Fair Housing Law Clinic<br>3214 Prospect Avenue, East<br>Cleveland, OH 44115-2600 |

☒ (Federal): I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2012 at Los Angeles, California.

_____
Eileen Lewis